**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1227**

OLINDA ARREAGA-BORRAYES; K.E.A.,

Petitioners,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: July 27, 2020                          Decided: September 10, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Olinda Arreaga-Borrayes, Petitioner Pro Se.  Laura Halliday Hickein, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olinda Arreaga-Borrayes and her minor daughter, natives and citizens of Guatemala, petition for review of the order of the Board of Immigration Appeals ("Board") dismissing their appeal from the immigration judge's ("IJ") decision denying Arreaga-Borrayes' applications for asylum, withholding of removal, and protection under the Convention Against Torture. The Board dismissed the appeal because the notice of appeal was not timely filed within 30 days of the mailing of the IJ's decision. Because the Petitioners failed to exhaust administrative remedies, we lack authority to review the final order. *See* 8 U.S.C. § 1252(d)(1) (2018) (requiring exhaustion of administrative remedies); 8 U.S.C. § 1101(a)(47)(B)(ii) (2018) (order becomes final after expiration of the period in which the alien is permitted to seek review).

Accordingly, because the Petitioners failed to exhaust administrative remedies, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*